| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| In Re: |

Order Filed on November 15, 2022
by Clerk
U.S. Bankruptcy Court District of
New Jersey

Case No.:         _____

Chapter:          _____

Hearing Date:     _____

Judge:            _____

# ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: November 15, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having heard the motion filed by _____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____ will be forwarded to _____ at the following address:

_____

_____

_____

_____

*new.8/1/15*